


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Bush, Davita C.                                    Docket Number: 08 CR 00095 (SCR)

Sentencing Judge: Honorable Stephen C. Robinson, U.S. District Judge

Date of Original Sentence:     July 29, 2005

Original Offense:    Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 USC 846.

Original Sentence:    Seventy (70) months imprisonment followed by five (5) years supervised release.

Amended Sentence:    Thirty-seven (37) months imprisonment with credit from July 26, 2004, followed by five (5) years supervised release.

Type of Supervision:    Supervised Release       Date Supervision Commenced:    June 7, 2007

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1    ON OR BEFORE SEPTEMBER 18, DECEMBER 2, DECEMBER 10, DECEMBER 15, 2007, AND MAY 9, 2008, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

2    ON OR ABOUT MAY 29, MAY 30, AND JUNE 2, 2008, THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #3, GRADE C VIOLATION.

(Rev eVOP 12/06/07)

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked    (X)

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*Bill Pompei* (signature)

Bill Pompei
U.S. Probation Officer
914-390-4056

Approved By:

_Edward W. Johnson_ mjm
Edward W. Johnson   Date 6/4/08
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)




Bush, Davita C.
08 CR 00095 (SCR)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ]  The Issuance of a Summons
       The Offender is directed to appear as follows:

    Date: _____

    Time: _____

    Place: _____

[✓]  The Issuance of a Warrant
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Other

_____
Signature of Judicial Officer

June 4, 2008
_____
Date

(Rev. eVOP 12/06/07)