UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : |
| | : 08CR0095 |
| | : |
| DAVITA BUSH | : Medical Order |
| | : |

This Court Orders that the defendant receive immediate attention for her pregnancy.
Please see that the Defendant receives the appropriate Medical attention for the above conditions.

DATED: 06/25/08

SO ORDERED:

_____
MARK D. FOX
UNITED STATES MAGISTRATE JUDGE